ARNOLD ABRAVANEL, an Infant, by Jack D. Abravanel, His Guardian ad Litem, et al., Respondents, and JACK D. ABRAVANEL et al., Appellants, v. OHRBACH'S, INC., Appellant and Respondent.—

Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.